IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | Hon. Judge |
| THE BOARD OF TRUSTEES of the ) | |
| UNIVERSITY OF CHICAGO; MICHAEL ) | Magistrate Judge |
| HAYES, individually and in his capacity as ) | |
| Interim Dean of Students at the ) | |
| UNIVERSITY OF CHICAGO; and JOHN ) | |
| DOES 1 and 2, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

Defendants the Board of Trustees of the University of Chicago and its Interim Dean of Students, Michael Hayes[1] (collectively, "the University") hereby provide notice of removal of this action from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446.

**I.      STATE COURT ACTION**

On January 14, 2025, Plaintiff Manuel Rivera ("Plaintiff") filed a complaint against the University and John Does 1 and 2, in the Circuit Court of Cook County, Illinois, captioned *Rivera v. Board of Trustees of the University of Chicago et al.*, No. 2025L000555 (the "State Court Action"). The Complaint is attached hereto as part of Exhibit A. The Complaint and Summons

---

[1] The University of Chicago and Michael Hayes have been served, but defendants John Does 1 and 2 have not yet been served. Accordingly, only the University and Hayes need consent to removal of this action under 28 U.S.C. § 1446 ("[A]ll defendants properly joined and served must join in or consent to the removal.").

were served upon the University on March 3, 2025. The Summons and Service confirmation are attached hereto as Exhibits A and B. A copy of the docket in the State Court Action is attached as Exhibit C. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders that have been filed in the State Court Action are attached hereto as Exhibit D. No substantive matters have been addressed in the State Court Action, nor have any motions been heard.

The Complaint alleges that the University violated the First Amendment via 42 U.S.C. § 1983, the common law of unlawful eviction, and § 5-12-160 of the Chicago Municipal Code by instructing Plaintiff to vacate a University dormitory. *See* Ex. A. ¶¶ 10-13, 25, 27-28, 30-33. In his prayer for relief, Plaintiff seeks damages. *See generally* Ex. A.

II.  **GROUNDS FOR REMOVAL**

1. **This action is removable based on federal question jurisdiction.**

28 U.S.C. § 1441(a) provides for removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." Under 28 U.S.C. § 1331, this Court has original federal question jurisdiction over this action because Plaintiff's claim pursuant to 42 U.S.C. § 1983 arises under the laws of the United States. Therefore, this case is properly removable to this Court under 28 U.S.C. §§ 1441 and 1446.

2. **Venue is proper.**

The Northern District of Illinois, Eastern Division, is the proper venue and intra-district assignment for this action upon removal because this "district and division embrac[e]" the Circuit Court of Cook County. *See* 28 U.S.C. § 1441(a).

3. **The University has satisfied all other requirements of the removal procedure.**

This Notice of Removal is timely filed. The University was served with a copy of the Complaint and Summons on March 3, 2025, and the University filed and served this Notice of

Removal within 30 days of service of the Complaint, in compliance with 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a). As required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon the University are being filed herewith as Ex. D. Pursuant to 28 U.S.C. § 1446(d), the University will promptly serve on Plaintiff and file with the Circuit Court of Cook County a "Notice of Filing of Notice of Removal." The University will also include a certificate of service pursuant to Federal Rule of Civil Procedure 5(d).

### III. RESERVATION OF RIGHTS AND DEFENSES

The University hereby reserves all of its defenses and rights, and none of the foregoing shall be construed as in any way conceding the truth of any of Plaintiff's allegations or waiving any of the University's defenses.

WHEREFORE, the University hereby removes this action to this Court on the basis of the Court's original jurisdiction over the action under 28 U.S.C. § 1331.

Dated: April 2, 2025

Respectfully Submitted,

By: */s/ Kathryn L. Wynbrandt*

Kathryn L. Wynbrandt
Erica S. Turret*
Mary-Claire Spurgin*
JENNER & BLOCK LLP
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
KWynbrandt@jenner.com
ETurret@jenner.com
MSpurgin@jenner.com

*Counsel for Defendants Board of Trustees of the University of Chicago and Michael Hayes*

*Application for admission pro hac vice forthcoming.*

## **CERTIFICATE OF SERVICE**

I, Kathryn L. Wynbrandt, hereby certify that a true and correct copy of the foregoing Notice of Removal was mailed by first-class U.S. Mail and served on the following counsel of record by electronic mail delivery on April 2, 2025:

Sheryl Weikal
518 South Route 31, Suite 113
McHenry, Illinois 60050
(847) 975-2643
Sheryl@weikallaw.com
Counsel for Plaintiff

                                                   /s/ *Kathryn L. Wynbrandt*
                                                      Kathryn L. Wynbrandt